COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

☐ INITIAL APPEARANCE          DATE: 6-5-2006
☐ BOND HEARING
☐ DETENTION HEARING           Digital Recording 4:20 to 4:38 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING [RULE 5]
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Delores Boyd          DEPUTY CLERK: sql
CASE NO. 1:06MJ53-VPM          DEFT. NAME: Joshua Lang WHIGAN
AUSA: Cooke                    DEFT. ATTY: Tommy Goggans
                               Type Counsel: ( )Retained; (✓ Panel CJA) ( ) Waived; ( ) CDO
PTSO: Martin
USPO:

Defendant ____ does  ✓ does NOT need an interpreter
Interpreter present ✓ NO ____ YES   Name: ____

✓  Date of Arrest 6-2-06 or ☐ Arrest Rule 5
✓  Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
✓  Deft. First Appearance with Counsel
☐  Deft. First Appearance without Counsel
✓  Requests appointed Counsel ✓
✓  Financial Affidavit executed ☐ to be obtained by PTSO
☐  ORDER appointing Community Defender Organization
✓  Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐  Deft. Advises he will retain counsel. Has retained ____
✓  ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☑ Government's WRITTEN motion for Detention Hearing filed
☐  Detention Hearing ☐held; ☐ set for ____ at ____
✓  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐  ORDER OF DETENTION PENDING TRIAL entered
☐  Release order entered. Deft advised of conditions of release
☐  BOND EXECUTED (M/D AL charges) $____. Deft released
✓  BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
✓  Bond not executed. Deft to remain in Marshal's custody
☐  Deft. ORDERED REMOVED to originating district
☐  Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐  Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐  ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for ____
   DISCOVERY DISCLOSURE DATE: ____
☐  NOTICE to retained Criminal Defense Attorney handed to counsel
☐  Identity/Removal Hearing set for ____
☐  Waiver of Speedy Trial Act Rights executed