IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 1:06mj0053 |
| | ) |
| JOSHUA LANG WHIGAN | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given that Thomas M. Goggans, pursuant to appointment under the Criminal Justice Act, will represent Joshua Lang Whigan in this case.

                **s/ Thomas M. Goggans**
                Ala. State Bar No. ASB-2222-S45T
                2030 East Second Street
                Montgomery AL 36106
                PH: 334.834.2511
                FX: 334.834.2512
                e-mail: tgoggans@tgoggans.com

                Attorney for Defendant
                Joshua Lang Whigan

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 7th day of June, 2006, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: **David Cooke.**

                <u>**s/ Thomas M. Goggans**</u>
                Ala. State Bar No. ASB-2222-S45T
                2030 East Second Street
                Montgomery AL 36106
                PH: 334.834.2511
                FX: 334.834.2512
                e-mail: tgoggans@tgoggans.com

                Attorney for Defendant
                Joshua Lang Whigan