## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
Montgomery, Alabama

HON.  Vanzetta Penn McPherson

DATE COMMENCED:  6/8/06          DIGITAL RECORDING: 2:12 - 2:23

DATE COMPLETED:  6/8/06

USA                                        *        1:06mj53-VPM

vs                                         *

Joshua Lang Whigan                         *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | | Thomas Martele Goggans |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Detention Hearing

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 1:06mj53-VPM: USA vs. Joshua Lang Whigan: DETENTION HEARING | |
| **Date** | 6/8/2006 | **Location** |
| **Time** | **Speaker** | **Note** |
| 2:12:43 PM | Court | Convenes |
| 2:13:45 PM | Government | Calls witness Andrew C. Campi; Witness testifies |
| 2:16:36 PM | Court | Questions Witness |
| 2:16:51 PM | | Witness excused |
| 2:17:17 PM | Defense | Offers Orally Proffers to Court evidence regarding potential Residence and Employment |
| 2:21:14 PM | Court | Questions relationship of previous charges; Orders Defendant be detained |
| | RECESS | |