# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

USA                              *

                                    *

                                    *          1:06mj53-VPM

VS.                              *

                                    *

JOSHUA LANG WHIGAN               *

## WITNESS LIST

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| 1. Andrew C. Campi | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |